IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RED STROKES ENTERTAINMENT, INC., | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil No. 3:12-0008 |
| | ) | Judge Trauger |
| LISA A. SANDERSON, | ) | |
| | ) | |
| Defendant | ) | |

**O R D E R**

The court has been notified that this case has settled. It is hereby **ORDERED** that a stipulation of dismissal or other settlement document shall be filed within thirty (30) days of the entry of this Order.

The initial case management conference set for July 2, 2012 is **CANCELLED**.

It is so **ORDERED**.

ENTER this 27th day of June 2012.

_____
ALETA A. TRAUGER
U.S. District Judge