IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| | | |
|---|---|---|
| RED STROKES ENTERTAINMENT, INC. | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:12-cv-00008 |
| | ) | |
| v. | ) | |
| | ) | |
| LISA A. SANDERSON, | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

## PLAINTIFF'S MOTION FOR LEAVE OF COURT TO EXCEED PAGE LIMITATIONS

Pursuant to Local Rule 7.01(e), Plaintiff Red Strokes Entertainment, Inc. ("Red Strokes"), through counsel, respectfully moves this Court to grant it leave to exceed the page limitation when filing its Response in Opposition to Defendant's Motion for Summary Judgment.

As grounds for this Motion, Red Strokes would show that filing a response of no more than twenty-six (26) pages is necessary in order to fully address the claims and genuine issues of material fact that are the subject of Defendant's summary judgment motion. The issues in question span a number of years, a number of different agreements between the parties, the law of two different states, and other substantial issues which require extra length to address appropriately.

1