UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RED STROKES ENTERTAINMENT, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:12-cv-0008 |
| ) | Judge Trauger |
| v. ) | |
| ) | |
| LISA A. SANDERSON, ) | |
| ) | |
| Defendant. ) | |

# ORDER

For the reasons set forth in the accompanying Memorandum, the court hereby finds as follows:

- The defendant's Motion for Summary Judgment (Docket No. 42) is **DENIED**.

- The defendant's Request for Judicial Notice (Docket No. 44) is **GRANTED**.

- The defendant's Objections (Docket No. 56, Ex. 1) are **OVERRULED IN PART**.

It is so **ORDERED.**

Enter this 11th day of October 2013.

_____
ALETA A. TRAUGER
United States District Judge

1