UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| RED STROKES ENTERTAINMENT, INC., ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LISA A. SANDERSON, ) <br> ) <br>     Defendant. ) | Case No. 3:12-cv-0008 <br> Judge Trauger |

## ORDER

For the reasons set forth in the accompanying Memorandum, the court hereby finds as follows:

- The defendant's Motion for Summary Judgment (Docket No. 42) is **DENIED**.

- The defendant's Request for Judicial Notice (Docket No. 44) is **GRANTED**.

- The defendant's Objections (Docket No. 56, Ex. 1) are **OVERRULED IN PART**.

It is so **ORDERED.**

Enter this 11th day of October 2013.

_____
ALETA A. TRAUGER
United States District Judge

1